(85 South. 449)

**STAGGS v. STATE. (8 Div. 183.)**

(Supreme Court of Alabama. April 8, 1920.)

Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge.

Lester Staggs was convicted of crime, and he appeals: Affirmed.

A. A. Williams, of Florence, for appellant.
J. Q. Smith, Atty. Gen., for the State.

SOMERVILLE, J. No brief appears for the appellant in this case, but a careful examination of the record discloses no error in the procedure or in the rulings and instructions of the trial court, and the judgment of conviction will be affirmed.

Affirmed.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.